| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **David Ebrahimzadeh** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION | | |
| Case Number (if known) | | | |

Official Form 101A
# Initial Statement About an Eviction Judgment Against You    12/15

**File this form with the court and serve a copy on your landlord when you first file bankruptcy only if:**

■ **you rent your residence; and**

■ **your landlord has obtained a judgment for possession in an eviction, unlawful detainer action, or similar proceeding (called** *eviction judgment***) against you to possess your residence.**

Landlord's name    **KH-REIT Funding IV LLC**

Landlord's address    **733 3rd Ave**
**New, Yo NY 10017-3**
Number, Street, City, State & ZIP Code

**If you want to stay in your rented residence after you file your case for bankruptcy, also complete the certification below.**

■ Certification About Applicable Law and Deposit of Rent

I certify under penalty of perjury that:

■    Under the state or other nonbankruptcy law that applies to the judgment for possession (*eviction judgment*), I have the right to stay in my residence by paying my landlord the entire delinquent amount.

■    I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

X **/s/ David Ebrahimzadeh**       X _____
**David Ebrahimzadeh**              Signature of Debtor 2
Signature of Debtor 1

Date **July 29, 2019**        Date _____

**Stay of Eviction:**    (a)    **First 30 days after bankruptcy.** If you checked both boxes above, signed the form to certify that both apply, and served your landlord with a copy of this statement, the automatic stay under 11 U.S.C. § 362(a)(3) will apply to the continuation of the eviction against you for 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

(b)    **Stay after the initial 30 days.** If you wish to stay in your residence after that 30-day period and continue to receive the protection of the automatic stay under 11 U.S.C. § 362(a)(3), you must pay the entire delinquent amount to your landlord as stated in the eviction judgment before the 30-day period ends. You must also fill out *Statement About Payment of an Eviction Judgment Against You* (Official Form 101B), file it with the bankruptcy court, and serve your landlord a copy of it before the 30-day period ends.

**Check the Bankruptcy Rules (**www.uscourts.gov/rulesandpolicies/rules.aspx**) and the local court's website (to find your court's website, go to** www.uscourts.gov/Court_Locator.aspx**) for any specific requirements that you might have to meet to serve this statement.**
**11 U.S.C. §§ 362(b)(22) and 362(l)**

Official Form 101A                Initial Statement About an Eviction Judgment Against You

Software Copyright (c) 2019 CINGroup - www.cincompass.com