UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                Chapter 13
DAVID EBRAHIMZADEH,                                   Case No. 19-12462 (CGM)

                Debtor.
---------------------------------------------------------x

## ORDER DISMISSING CHAPTER 13 CASE

Upon the request of debtor David Ebrahimzadeh (the "Debtor") for entry of an Order, pursuant to 11 U.S.C. § 1307(b), dismissing his chapter 13 case; it is

**ORDERED**, pursuant to 11 U.S.C. § 1307(b), this case be and hereby is dismissed.



**Dated: November 6, 2019**
      **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**